**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-6161

STEVEN LOUIS BARNES,

Plaintiff - Appellant,

v.

GEORGE DEDMONDT; BRAIN WILLIAMS; SHADELL STEVENS; MARCUS
SMITH; POLLY HALL; A. DELL DOBEY; BRENDA B. CARPENTER; HEIDI
PRESSLEY; RANDY DORAN; LT. KARREN JAGGERS, official and
individual capacity,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Margaret B. Seymour, District
Judge.  (4:08-cv-00002-MBS-TER)

Submitted:  April 23, 2009              Decided:  May 5, 2009

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Steven Louis Barnes, Appellant Pro Se.  William Henry Davidson,
II, Daniel C. Plyler, DAVIDSON & LINDEMANN, P.A., Columbia,
South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Louis Barnes appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint as to Defendant Carpenter. Several defendants remain party to the action pending below. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Barnes seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. See Tracy v. Robbins, 373 F.2d 13 (4th Cir. 1967). Accordingly, we grant Appellees' motion to dismiss, and dismiss the appeal for lack of jurisdiction.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2